```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 00339
   JAMES T BADON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-0831


-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/09/07 and confirmed on 05/09/07.

   2.  The case was converted to Chapter 7 after confirmation, 08/15/2007.

   3.  The Debtor paid a total of $    2200.00 .

   4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG         .00             .00              .00
LITTON LOAN SERVICING IN  MORTGAGE ARRE         .00             .00              .00
DAIMLER CHRYSLER FINANCI  SECURED VEHIC         .00             .00              .00
WILL COUNTY TREASURER     SECURED               .00             .00              .00
COMED                     UNSECURED       NOT FILED             .00              .00
DISCOVER BANK             UNSECURED        12546.77             .00              .00
BECKET & LEE LLP          UNSECURED         1410.67             .00              .00
THE CHAWLA GROUP LTD      UNSECURED       NOT FILED             .00              .00
RESURGENT CAPITAL SERVIC  UNSECURED        30222.83             .00              .00
SPRINT NEXTEL             UNSECURED         1334.02             .00              .00
PEGGY BADON               CHILD SUPPORT   NOT FILED             .00              .00
STERLING INC              UNSECURED          323.96             .00              .00
       Summary of disbursements:
-------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00           .00     45838.25          .00      45838.25
PRINCIPAL PAID           .00           .00          .00          .00           .00
INTEREST PAID            .00           .00          .00          .00           .00
TOTAL PAID               .00           .00          .00          .00           .00
The Debtor's attorney, PATRICK A MESZAROS                 , was allowed $   3000.00
and was paid $    500.00  direct and $    2142.80  through the plan.

The Trustee received $      57.20 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 11/16/07                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                                    PAGE  2
        CASE NO. 07 B 00339 JAMES T BADON